UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FRANCIS ANDOH,

Petitioner,

v.

CAUSE NO. 3:26-CV-206-CCB-SJF

BRIAN ENGLISH,

Respondent.

## <u>ORDER</u>

Immigration detainee Francis Andoh, representing himself, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in this court, but on the form he wrote the case number for a pending habeas petition he has before the Western District of Pennsylvania. *See Andoh v. Oddo*, No 3:25-cv-129-KAP (W.D. Penn. filed May 1, 2025). It appears he was transferred to Miami Correctional Facility, which is located in this district, from a detention facility in Pennsylvania.

It is unclear whether he intended to file a new habeas petition, but he cannot proceed in duplicative cases. *See McReynolds v. Merrill Lynch & Co.*, 694 F.3d 873, 888 (7th Cir. 2012) ("The district court has broad discretion to dismiss a complaint for reasons of wise judicial administration whenever it is duplicative of a parallel action already pending in another federal court."). A habeas petitioner's later transfer to a different judicial district does not affect a court's jurisdiction over a properly filed habeas petition. *See In re Hall*, 988 F.3d 376, 379 (7th Cir. 2021) (transfer of federal prisoner did not deprive original court of jurisdiction over habeas petition because there

was still a "respondent within the jurisdiction of the original court that has the authority to comply with any order that may issue"). Because he is already proceeding on a habeas petition in Pennsylvania, the court will close this case and forward this filing to the District Court for the Western District of Pennsylvania.

For these reasons, the court **DISMISSES** this case **WITHOUT PREJUDICE** and DIRECTS the clerk to send a copy of the filings to the United States District Court for the Western District of Pennsylvania.

SO ORDERED on March 25, 2026.

 /s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT

2